IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-148-D

| | | |
|---|---|---|
| PEDRO LOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MARCO GHISOLFI, | ) | |
| | ) | |
| Defendant. | ) | |

On December 3, 2019, the court heard oral arguments on defendant's motion to dismiss. As explained in open court and incorporated by reference, the court GRANTS defendant's motion [D.E. 8] and DISMISSES the complaint without prejudice. Plaintiff may file an amended complaint not later than December 13, 2019.

SO ORDERED. This _3_ day of December 2019.

JAMES C. DEVER III
United States District Judge