UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PEDRO LOSA, )
)
        Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 7:19-CV-148-D**
)
MARCO GHISOLFI, )
)
        Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 24] and DISMISSES WITH PREJUDICE the amended complaint.

**This Judgment Filed and Entered on July 14, 2020, and Copies To:**

| | |
|---|---|
| Gary K. Shipman | (via CM/ECF electronic notification) |
| Sara E. Leopold | (via CM/ECF electronic notification) |
| Caroline Bassett Warren | (via CM/ECF electronic notification) |
| Stanley Yorsz | (via CM/ECF electronic notification) |

DATE:                                                    PETER A. MOORE, JR., CLERK

July 14, 2020                                  (By) /s/ Nicole Sellers
                                                                       Deputy Clerk